**Order entered July 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00216-CR

## NATHAN EARL BURGESS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 001-86625-2012**

## ORDER

Appellant's July 27, 2014 motion to dismiss and substitute counsel is **DENIED**.


/s/     LANA MYERS
        JUSTICE